# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America

v.

Nitish Kaushal

Crim. No. 2:26-mj-139-1

## ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Burlington, in the District of Vermont, this 16th day of July 2026.

JEFFREY S. EATON, Clerk
By: */s/ Todd M. LeBlanc*
Deputy Clerk